Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
lasvegas@stranchlaw.com

John C. Roberts*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*Pro Hac Vice forthcoming

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICIA TIEDTKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01837-MMD-BNW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br>(First Request) |
| HOLLY NEELY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01846-JAD-NJK<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br>(First Request) |

| | |
|---|---|
| JERI SCHMIDT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01849-JAD-EJY<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>(First Request) |
| PAYTON RUEHLMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01850-GMN-BNW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>(First Request) |
| ALEXANDER FURMAN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01851-GMN-DJA<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>(First Request) |
| KIM WARNER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>　　　　Defendant. | Case No. 2:25-cv-01861-APG-BNW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>(First Request) |

| | |
|---|---|
| CANDICE CAZAU-DEGENOVA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01868-NJK<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>**(First Request)** |
| KELVIN BRAGG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01884-APG-BNW<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>**(First Request)** |
| JACOB MALIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>**Defendant.** | Case No. 2:25-cv-01888-APG-EJY<br><br>**MOTION FOR EXTENSION OF TIME TO FILE VERIFIED PETITION FOR *PRO HAC VICE* ADMISSION**<br><br>**(First Request)** |

Non-resident attorneys John C. Roberts and Grayson Wells respectfully request an extension of time, pursuant to LR IA 6-1 and Fed. R. Civ. P. 6(b), to file their respective verified petitions for *pro hac vice* admission to practice before this Court in the above styled and numbered cases. This is their first motion for extension of time.

To appear *pro hac vice* before this Court, an attorney must comply with all provisions of LR IA 11-2 "within 14 days of his or her first appearance." LR IA 11-2(e). However, the Court may, "for good cause, extend the time." Fed. R. Civ. P. 6(b).

Good cause exists to extend the time for non-resident attorneys John C. Roberts and Grayson Wells to file their respective verified petitions for *pro hac vice* admission in these cases. Each case names Boyd Gaming Corporation as the defendant and asserts claims on behalf of a class of plaintiffs arising from a data breach to Defendant's information systems in September of 2025. (*See* Ex. A, Roberts Decl. ¶ 4.) Because the claims asserted in each related class action overlap, and questions of both law and fact are common to all of them, Plaintiffs anticipate consolidation of all related matters arising from the aforementioned data breach. *See* Fed. R. Civ. P. 42(a).[1] "If the actions are consolidated, they will be transferred to the judge to whom the earliest-filed action is assigned." LR 42-1(b). "After consolidation, the Clerk of Court must administratively close the latter-filed actions." *Id.*

Both Roberts and Wells have filed verified petitions to appear pro hac vice in the earliest-filed case, *Scott Levy v. Boyd Gaming Corp.*, No. 2:25-cv-1814-GMN-EJY (D. Nev. Sept. 25, 2025). (*See* Ex. A, Roberts Decl. ¶ 5.) Because Roberts and Wells anticipate consolidation of the latter-filed actions into the first-filed action – which will obviate the need to apply for *pro hac vice* admission in the latter-filed actions – requiring them to file verified petitions within 14 days in matters that will likely be "administratively close[d]" would be an inefficient use of resources for both the Court and the litigants. (*Id.* ¶ 6.) Allowing an extension of time in which to seek *pro hac vice* admission in these cases therefore serves "to secure just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1. Accordingly, Roberts and Wells request a 30-day extension of time for them to comply with LR IA 11-2 and file verified petitions for *pro hac vice* admission in the following cases:

---

[1] Plaintiffs have filed a Notice of Related Action in each case, pursuant to LR 42-1, and they are separately filing a formal motion to consolidate these actions, upon conferring with all counsel of record for the plaintiff in all related actions.

1. *Patricia Tiedtke v. Boyd Gaming Corporation*, No. 2:25-cv-01836-JAD-NJK
   a. Date Filed: 9/29/2025
   b. Verified Petition for PHV Admission Due: 10/14/2025 (*See* ECF 2)
      i. Requested Extension: 11/13/2025

2. *Holly Neely v. Boyd Gaming Corporation*, No. 2:25-cv-01846-JAD-NJK
   a. Date Filed: 9/29/2025
   b. Verified Petition for PHV Admission Due: 10/14/2025 (*See* ECF 2)
      i. Requested Extension: 11/13/2025

3. *Jeri Schmidt v. Boyd Gaming Corporation*, No. 2:25-cv-01849-JAD-EJY
   a. Date Filed: 9/30/2025
   b. Verified Petition for PHV Admission Due: 10/15/2025 (*See* ECF 2)
      i. Requested Extension: 11/14/2025

4. *Payton Ruehlman v. Boyd Gaming Corporation*, No. 2:25-cv-01850-GMN-BNW
   a. Date Filed: 9/30/2025
   b. Verified Petition for PHV Admission Due: 10/16/2025 (*See* ECF 3)
      i. Requested Extension: 11/14/2025

5. *Alexander Furman v. Boyd Gaming Corporation*, No. 2:25-cv-01851-GMN-DJA
   a. Date Filed: 9/30/2025
   b. Verified Petition for PHV Admission Due: 10/15/2025 (*See* ECF 2)
      i. Requested Extension: 11/14/2025

6. *Kim Warner v. Boyd Gaming Corporation*, No. 2:25-cv-01861-APG-BNW
   a. Date Filed: 10/1/2025
   b. Verified Petition for PHV Admission Due: 10/15/2025 (*See* ECF 3)
      i. Requested Extension: 11/17/2025

7. *Candice Cazau-Degenova v. Boyd Gaming Corporation*, No. 2:25-cv-01868-NJK
   a. Date Filed: 10/1/2025
   b. Verified Petition for PHV Admission Due: 10/16/2025 (*See* ECF 5)
      i. Requested Extension: 11/17/2025

8. *Kelvin Bragg v. Boyd Gaming Corporation*, Case No. 2:25-cv-01884-APG-BNW
   a. Date Filed: 10/3/2025
   b. Verified Petition for PHV Admission Due: 10/20/2025 (*See* ECF 2)
      i. Requested Extension: 11/19/2025

9. *Jacob Malin v. Boyd Gaming Corporation*, Case No. 2:25-cv-01888-APG-EJY
   a. Date Filed: 10/3/2025
   b. Verified Petition for PHV Admission Due: 10/20/2025 (*See* ECF 3)
      i. Requested Extension: 11/19/2025

Dated: October 13, 2025

Respectfully Submitted,

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
lasvegas@stranchlaw.com

John C. Roberts*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiffs and The Proposed Class*

*Pro Hac Vice application forthcoming*