Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Blvd., Ste. 208
Las Vegas, NV 89102
725-235-9750
lasvegas@stranchlaw.com

John C. Roberts*
Grayson Wells*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gwells@stranchlaw.com
jroberts@stranchlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

*Pro Hac Vice forthcoming

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICIA TIEDTKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01837-MMD-BNW<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| HOLLY NEELY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>    Defendant. | Case No. 2:25-cv-01846-JAD-NJK<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |

| | |
|---|---|
| JERI SCHMIDT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01849-JAD-EJY<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| PAYTON RUEHLMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01850-GMN-BNW<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| ALEXANDER FURMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01851-GMN-DJA<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| KIM WARNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01861-APG-BNW<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |

| | |
|---|---|
| CANDICE CAZAU-DEGENOVA, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01868-NJK<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| KELVIN BRAGG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01884-APG-BNW<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |
| JACOB MALIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOYD GAMING CORPORATION,<br><br>Defendant. | Case No. 2:25-cv-01888-APG-EJY<br><br>**DECLARATION OF JOHN C. ROBERTS IN SUPPORT OF MOTION FOR EXTENSION OF TIME** |

I, John C. Roberts, have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify truthfully and competently thereto.

1. I am a licensed attorney in good standing in the State of Tennessee and in multiple federal district courts.

2. I am an attorney of record representing the following plaintiffs in their respective cases against Boyd Gaming Corporation:

    a. Scott Levy (No. 2:25-cv-1814-GMN-EJY)
    b. Patricia Tiedtke (No. 2:25-cv-01836-JAD-NJK)
    c. Holly Neely (No. 2:25-cv-01846-JAD-NJK)

    d. Jeri Schmidt (No. 2:25-cv-01849-JAD-EJY)
    e. Payton Ruehlman (No. 2:25-cv-01850-GMN-BNW)
    f. Alexander Furman (No. 2:25-cv-01851-GMN-DJA)
    g. Kim Warner (No. 2:25-cv-01861-APG-BNW)
    h. Candice Cazau-Degenova (No. 2:25-cv-01868-NJK)
    i. Kelvin Bragg (No. 2:25-cv-01884-APG-BNW)
    j. Jacob Malin (No. 2:25-cv-01888-APG-EJY)

3. Since the first case was filed on behalf of Mr. Levy, a number of other cases were filed in quick succession between September 29, 2025 and October 8, 2025, as of the date of this filing.

4. Each case names Boyd Gaming Corporation as the defendant and asserts claims on behalf of a class of plaintiffs arising from a data breach to Defendant's information systems in September of 2025.

5. On October 10, 2025, both Mr. Wells and I timely filed verified petitions for pro hac vice admissions in the first-filed case, *Levy v. Boyd Gaming Corp.*, No. 2:25-cv-1814-GMN-EJY (D. Nev. Sept. 25, 2025). (*See* ECF 8, 9).

6. If all related actions are consolidated, requiring a verified petition for *pro hac vice* admission in cases that will be administratively closed would appear to be an inefficient use of judicial resources.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 13th day of October, 2025, in Davidson County, Tennessee.

Respectfully Submitted,

*/s/ John C. Roberts*
JOHN C. ROBERTS